UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY ANTOINE | * | CIVIL ACTION |
| VERSUS | * | NUMBER: |
| SEADRILL AMERICAS, INC. | * | SECTION: |
| * * * * * * * * | | MAGISTRATE: |

## **COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes HENRY ANTOINE, a person of full age of majority and resident of the Parish of Iberia, State of Louisiana, and for his Complaint, respectfully avers as follows:

1.

## **JURISDICTION**

The Court has jurisdiction in this matter pursuant to 28 U.S.C. 1332, in diversity. The plaintiff is a citizen of the State of Louisiana and the defendant is a corporation incorporated under laws and having its principal place of business in states other than Louisiana, and the amount in controversy exceeds the jurisdictional limits.

2.

Made defendant herein is SEADRILL AMERICAS, INC., on information and belief, a foreign corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

3.

The defendant is liable to the plaintiff pursuant to the laws and statutes of the of the State of Louisiana, including but not limited to La. C.C. Arts. 2315, 2316, 2317 and 2320, for the following reasons, to wit:

4.

On July 13, 2020, Henry Antoine was performing services for a third-party, United Vision Logistics, picking up pipe at a yard in Houma, Louisiana, owned and/or operated by the defendant, Seadrill Americas, Inc.  Mr. Antoine laid some boards down on his vehicle to hold the load of pipes and was walking to a safe area in the back of his truck.  At that time and before Mr. Antoine reached the back of his truck, a forklift operated by a person employed by the defendant and acting in the course and scope of his employment with the defendant, began to unload pipes from the forklift onto Mr. Antoine's vehicle.  In the process of unloading the pipes, suddenly and without warning and due to the negligence of the defendant and/or its employees, agents or others for whom it is legally responsible, the pipes fell off of the forklift and struck Mr. Antoine, causing him to sustain severe and disabling personal injuries.

5.

The plaintiff was in no manner negligent.  The sole and proximate cause of the accident was the negligence of the defendant, its agents and employees and other persons acting in the course and scope of employment with the defendants and/or under such other circumstances under which the defendant is legally responsible for their actions, for whom the defendant is liable for the acts of its employees pursuant to the theory of *respondeat superior* or under other applicable law, in the following non-exclusive respects:

1. Failure to exercise reasonable care;

  2. Failure to properly train employees, and/or hiring and/or retaining careless and/or unskilled employees;

  3. Failure to warn the plaintiff, and failure to warn of the unsafe and hazardous conditions of the property and plaintiff's work area;

  4. Failure to be attentive

  5. Negligent hiring and retention of contractors and/or employees;

  6. Failure to properly supervise contractors and/or employees;

  7. Liability for the negligent acts of its employees pursuant to the theory of *respondeat superior*;

  8. *Res ipsa loquitur*; and

  9. Other acts of negligence and/or actions and/or inactions to be proven at the trial of this matter.

6.

As a result of the above described accident, plaintiff sustained severe injuries, including but not limited to possible ruptured disc and nerve damage in his spine and extremities, injuries to his head, jaw, mouth, teeth other parts of his body struck by the cargo, as well as other injuries to the bones, muscles, and joints, organs and tissues among other component parts of his head, ribs, neck, back, legs, feet, arms and hands.

7.

As a result of the above described accident, plaintiff sustained loss and damage including but not limited to past, present and future mental and physical pain and suffering, medical expenses, and income loss, and other damages allowed by law for which defendant is liable unto them and to otherwise be proven at the trial of this matter.

8.

Plaintiff respectfully demands a trial by jury on all issues so triable herein.

**WHEREFORE**, plaintiffs pray that this Complaint be deemed good and sufficient, and that after due proceedings had and the expiration of all legal delays herein, there be judgment in favor of the plaintiff, HENRY ANTOINE, and against the defendant, SEADRILL AMERICAS, INC., in damages in an amount to be determined at trial, together with interest from the date of demand until paid, and all costs of these proceedings; for a trial by jury on all issues so triable herein; and for such other relief as the law and equity may provide.

RESPECTFULLY SUBMITTED:

 s/ David C. Whitmore
LAWRENCE BLAKE JONES  (7495)
DAVID C. WHITMORE      (17864)
BLAKE JONES LAW FIRM, LLC
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Telephone:  (504) 525-4361
Facsimile:  (504) 525-4380